B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT Eastern District of Pennsylvania | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Stonebridge Financial Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 23-2981518 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 605 Willowbrook Lane West Chester, PA     ZIP CODE 19382 | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: Chester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Aspen Ridge Financial Corp. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)  Case 15-11353-elf   Doc 1   Filed 06/18/15   Entered 06/18/15 17:52:26   Desc Main
Document   Page 3 of 26

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Stone Energy Financial Corp. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Andrew C. Kassner<br>Signature of Attorney for Debtor(s)<br>Andrew C. Kassner<br>Printed Name of Attorney for Debtor(s)<br>Drinker Biddle & Reath LLP<br>Firm Name<br>One Logan Sq., Ste. 2000<br>Philadelphia, PA 19103-6996<br>Address<br>215-988-2700<br>Telephone Number<br>06/18/2015<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | _____<br>Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Joseph C. Petrone (signature)*<br>Signature of Authorized Individual<br>Joseph C. Petrone<br>Printed Name of Authorized Individual<br>Chief Financial Officer<br>Title of Authorized Individual<br>06/18/2015<br>Date | X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

CERTIFICATE OF RESOLUTIONS OF
THE BOARD OF DIRECTORS OF
STONEBRIDGE FINANCIAL CORP.

I, Joseph C. Petrone, the undersigned Chief Financial Officer of Stonebridge Financial Corp., a Pennsylvania corporation (the "Company"), do hereby certify that on June _18_, 2015, the following resolutions were duly adopted and approved by the Board of Directors of the Company and recorded in the minute book of the Company, and they have not been modified or rescinded and are still in full force and effect on the date hereof.

WHEREAS, the Company has previously attempted to raise additional capital for the benefit of the Company and/or Stonebridge Bank, a Pennsylvania chartered bank and wholly-owned subsidiary of the Company (the "Bank"), and has previously marketed for sale the Company and/or the Bank;

WHEREAS, the Company has been unsuccessful, as of the date of this certificate, in raising such additional capital and in finding a potential buyer for the Company and/or the Bank;

WHEREAS, the Company has deferred all interest payments on the Company's trust preferred securities, does not have sufficient capital to make the necessary catch-up payments to the holders of the trust preferred securities, and, as of June 18, 2015, is expected to be in default on the trust preferred securities;

NOW, THEREFORE, IT IS

**Bankruptcy Filing**

> RESOLVED, that, in the judgment of the Board of Directors of the Company, it is desirable and in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

> RESOLVED, that the Chief Financial Officer of the Company is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") at such time as said officer executing the same shall determine; and it is further

> RESOLVED, that the appropriate officer of the Company is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and

81230966. 4

other papers, and, in that connection, to employ and retain legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which they deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the law firm of Drinker Biddle & Reath LLP, One Logan Square, Ste. 2000, Philadelphia, PA 19103-6996 is hereby retained as attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and it is further

RESOLVED, that the appropriate officers of the Company are hereby authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer shall be or become necessary, proper and desirable with such governmental or regulatory authorities or otherwise to effectuate a successful reorganization or chapter 11 liquidation of the Company's business.

**Ratification**

RESOLVED, that any and all past actions theretofore taken by officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions are ratified, confirmed and approved.

[Remainder of Page Intentionally Left Blank; Signature Page Follows]

IN WITNESS WHEREOF, I have hereunto set my hands this __18__ day of June 2015.


Joseph C. Petrone


By:
Title:  Chief Financial Officer

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONEBRIDGE FINANCIAL CORP., | ) | |
| | ) | Case no. 15-_____(___) |
| Debtor. | ) | |
| | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a), the undersigned proposed

counsel to Stonebridge Financial Corp. ("SFC") hereby certifies that no corporation owns 10%

or more of Stonebridge's equity interests.

Dated: June 18, 2015

/s/ Andrew C. Kassner
Andrew C. Kassner
Joseph N. Argentina, Jr
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19106-6996
(215)988-2700 *Office*
(215)988-2757 *Fax*

*Proposed Counsel to the Debtor*

81173981.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STONEBRIDGE FINANCIAL CORP., | ) | |
| | ) | Case no. 15-_____(____) |
| Debtor. | ) | |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING
THE 30 LARGEST UNSECURED CLAIMS**

Stonebridge Financial Corp., debtor and debtor-in-possession herein (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§101-1532. The following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtor's books and records as of approximately June 18, 2015. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The Consolidated List does not include (I) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

Date: June 18, 2015

*/s/ Andrew C. Kassner*_____
Andrew C. Kassner
Joseph N. Argentina, Jr.
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
(215)988-2700 *Telephone*
(215)988-2757 *Facsimile*

*Proposed Counsel to the Debtor*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of the creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | Amount of claim (if secured also value of security) |
| Wilmington Trust Company as Trustee Rodney Square North 1100 North Market Street Wilmington, Delaware 19890-1600, Attention: Corporate Trust Administration | | Trust Preferred Securities Debt | | $11,200,000.00 |

81174251.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| STONEBRIDGE FINANCIAL CORP., | ) |
| | ) Case no. 15-_____ ( __ ) |
| Debtor. | ) |
| | ) |

COMMONWEALTH OF PENNSYLVANIA          :
                                                          : ss
COUNTY OF CHESTER                                :

### AFFIDAVIT OF JOSEPH C. PETRONE PURSUANT TO L.B.R. 1007(A)

I, Joseph C. Petrone, an adult individual, having been duly sworn according to law and pursuant to the penalties of perjury, hereby swear and affirm the following:

1.     I am Chief Financial Officer for Stonebridge Financial Corp. ("SFC") debtor and debtor-in-possession in the above captioned bankruptcy case (the "Case").

2.     As far as SFC is aware, no creditor of SFC is a member of a committee formed before the commencement of the Case.

3.     As far as SFC is aware, no creditor of SFC claims a security interest in cash collateral, as defined by § 363(a) of the Bankruptcy Code.

Date: June 18, 2015                    By: _____
                                                  Joseph C. Petrone, Chief Financial Officer
                                                  Stonebridge Financial Corp.

Sworn to before me this
18 day of June, 2015

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Rebecca L. Schwalm, Notary Public
West Whiteland Twp., Chester County
My Commission Expires Dec. 19, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

81183898.1

John Butler
1152 Mews Lane
West Chester, PA  19382

Chris Cusatis
58 Cherry Avenue
Trappe, PA  19426

Gerald Parsons
47 Collins Mill Road
Chester Springs, PA 19425

Leo Parsons
1206 Nottingham Lane
Chester Springs, PA  19425

J. Richard Leaman
317 Boot Road
Malvern, PA  19355

Daniel J. Machon, Jr.
174 Wagon Wheel Road
Norristown, PA  19403

Thomas Murphy III
806 General Cornwallis Drive
West Chester, PA  19382

Clair Raubenstine
1271 Byberry Road
Huntingdon Valley, PA  19006

Levi Wingard
524 Fern Castle Drive
Downingtown, PA  19335

Richard D Gross
172 Augusta Dr.
Honey Brook PA  19344

Thomas H Gross
1821 Perth Amboy Ave.
Whiting NJ  08759

Thomas H Gross &
Barbara E Cheski
1821 Perth Amboy Ave.
Whiting NJ  08759

William J Pizzichil
31 Meredith Dr.
Elverson PA  19520

Kristi Russell
302 Village Walk
Exton PA  19341


Loretta C Taylor
322 Marshall Street #3
Kennett Square PA  19348


Linda L Harsh
1021 Village Road
Lancaster PA  17602


Denise M Hetzel
1005 Flagg Lane
West Chester PA  19382


Jeanne L Raubenstine
Alexa M Kennedy
1271 Byberry Road
Huntingdon Valley PA  19006


Jeanne L Raubenstine
Nickolas C Kennedy
1271 Byberry Road
Huntingdon Valley PA  19006


Mary Kenney &
Donald Kenney
107 Wynnewood Drive
Coatesville PA  19320


William R Linsao
3449 Harrington Drive
Ellicott City MD  21042


Jeanne L Raubenstine
Patrick S Raubenstine
1271 Byberry Road
Huntingdon Valley PA  19006


Jeanne L Raubenstine
Payton N Raubenstine
1271 Byberry Road
Huntingdon Valley PA  19006


Virginia Richardson
124 Lambeth Court
Downingtown PA  19335

William J Sprecher &
Deidre M Sprecher
PO Box 16
101 Oak Leaf Court
Bowmansville PA  17507


Kathi E Holahan
1355 St Lawrence Dr.
Palm Beach Garden FL  33401


Jeffrey L Shirk &
Julie A Shirk
773 Glenwood Drive
Ephrata PA  17522


Richard D Gross &
Muriel B Gross
172 Augusta Dr.
Honey Brook PA  19344


M Timothy Bender &
Wilma F Bender
72 Hiester Ave.
New Holland PA  17557


M Lewis Gable &
Patricia A Gable
101 Center Avenue
Morgantown PA  19543


Larry E Harsh &
Linda L Harsh
1021 Village Road
Lancaster PA  17602


James K Overstreet
1330 Charlestown Road
Phoenixville PA  19460


James Overstreet
James K Overstreet II
1330 Charlestown Road
Phoenixville PA  19460


Robert D Smiley III
139 Sharpless Street
West Chester PA  19382

James B Speers &
Joanne O Speers
104 Vincent Dr.
Honey Brook PA  19344

Margaret M Uhlman
13 Whipple Farm Lane
Falmouth ME  04105

Elizabeth P Grout &
Phillipp D Grout
980 Wing Song Road
West Chester PA  19382

Brian G Noon &
Sharon R Noon
4728 Homeville Road
Cochranville PA  19330

William E Sprecher &
Grace A Sprecher
136 Cedar St
PO Box 19
Bowmansville PA  17507

Downingtown National Bank
David D Dorsett Ira
410 Exton Square Pkwy
Exton PA  19341

Kendra W Eby
350 Mohns Hill Road
Reinholds PA  17569

Cecil R Miller Jr &
Vivian C Miller
5354 Homeville Road
Oxford PA  19363

Marlene F Rice
24 Sadsbury Ave.
Christiana PA  17509

Charles Schwab & Co Inc
James G Porter Jr Ira
Attn Securities Operations
2423 E Lincoln Dr.
Phoenix AZ  85016

Charles A Dobson &
Virginia A Dobson
20 Kristin Drive
Coatesville PA  19320

Michael P James &
Michele B James
105 Lewisville Ct
Phoenixville PA  19460

Diane D Frame
Whitney Weinlein
938 Brower Rd
Radnor PA  19087

Marjorie L Gross
168 Rosetree Ln
Exton PA  19341

Douglas A Singo
133 West Mulberry St
Kennett Square PA  19348

Thomas L Mennie &
Pamela G Mennie
15 Mauger Rd
Elverson PA  19520

Gerald J Parsons
47 Collins Mill Rd
Chester Springs PA  19425

John J Butler III
647 Fawn Lane
King of Prussia PA  19406

Jane B Daggett
9 Hunt Club Lane
Malvern PA  19355

Rudolph Fedor Jr
69 West Indian Lane
Norristown PA  19403

James J Lennon
1545 Briarwood Lane
Pottstown PA  19464

Beverly A Logan &
Thomas M Logan
675 Marydell Lane
West Chester PA  19380


Kathleen M Logan &
Andrew S Logan
1245 Hamilton Drive
West Chester PA  19380


Richard C Uhlman
13 Whipple Farm Lane
Falmouth ME  04105


Steven J Reeves &
Susan H Reeves
2105 Deer Path Rd
Nottingham PA  19362


Michael R Grove
391 Clearfield Road
Shippensburg PA  17527


Glenn L Jourdan
222 Indian Creek Drive
Mechanicsburg PA  17055


Equity Trust Co
Fred Goebert Ira
1 Equity Way
Westlake OH  44145-1050


Francis A Hall Inc
Robert B Hall President
PO Box 5010
West Chester PA  19380


Sandra G Keggins
2043 River Downs Ct
Forest Hill MD  21050


Charles D Kochka
1843 Windovr Way
West Chester PA  19382-6932


National Financial Serv LLC
Newport Office Center III
499 Washington Blvd 5th Floor
Jersey City NJ  07310

Janet Nitka
101 North Hilltop Dr.
Churchville PA  18966


Thomas R Wilson &
Kevin J Ryan
220 Gay Street
West Chester PA  19380


Charles Schwab & Co Inc
David G Dorsett Ira
PO Box 52013
Phoenix AZ  85072-2013


Robert V D Luft
PO Box 217
700 Fairville Road
Chadds Ford PA  19317


Mary Ann M Batty
James D Batty
400 Brookwood Drive
Downingtown PA  19335


Weiss Peck & Greer
FBO L William Kay III Ira
909 Third Ave.
New York NY  10022


Charles Schwab & Co Inc
James G Porter Ira
PO Box 52013
Phoenix AZ  85072


Donald F U Goebert &
Rebecca Goebert
3382 Harbor Rd South
Tequesta FL  33469


Mark S Lelinski
1635 Whitley Dr.
Harrisburg PA  17111


V Blake Marshall
2410 Delancey Place
Philadelphia PA  19103


Amanda S Piola
1511 Unionville Wawaset Road
West Chester PA  19382-6754

Charles C Piola III
14 Front St
Egg Harbor Twp NJ  08234


Christopher Weyh Piola
1511 Unionville-Wawaset Rd
West Chester PA  19382-6754


Sarah L Piola
339 Barn Hill Rd
West Chester PA  19382


Paul N Schregel
19 School Lane
Media PA  19063


Steven M Seide
7 Downing Circle
Downingtown PA  19335


Charles Schwertner
207 Tinker Dr.
Chester Springs PA  19425


George H Banks III &
Barbara B Banks
15 Abelia Lane
Newark DE  19711-3414


Vincent T Rosato Jr &
Joan P Rosato
32 Pennrose Talley
Boothwyn PA  19061


Richard M Parsons
1303 Hillcrest Road
West Chester PA  19380


George A Rapp &
Terri Rapp
2609 Radcliffe Rd
Broomall PA  19008-2116


Jay W Cleveland Jr &
William T Kirchhoff Jr
1120 Fox Chapel Rd
Pittsburgh PA  15238


Janney Montgomery Scott LLC
Hendrika A Cornwell Ira
1801 Market St
Philadelphia PA  19103

Sandra H Kalemjian
400 S Church Street
West Chester PA  19382

Karen Nugent
46 Colllins Mill Road
Chester Springs PA  19425

Russell W Carlow &
Caroline W Carlow
30 Jacqueline Circle
Glenmoore PA  19343

Anthony Morris &
Elizabeth W Morris
700 North Walnut Street
West Chester PA  19380-2352

Gregory K Goebert
317 N Lawrence St
Philadelphia PA  19106

Lewis R Frame Jr
Lewis R Frame III
PO Box 58
Suplee PA  19371

Ronald C Nagle &
Ann G Nagle
501 W Pleasant Grove Road
West Chester PA  19382

Robert B Hall
PO Box 5010
West Chester PA  19380

William L White III
120 Pequea Avenue
PO Box 279
Honey Brook PA  19344

James G Reading
365 Valley Park Road
Phoenixville PA  19406-2785

G Joseph Bendinelli Jr
1030 Little Ridge Drive
West Chester PA  19382

Ronald L Burnheimer
1634 Cricket Terrace
Norristown PA  19403

Richard W Campbell &
Jeannine C Campbell
12 Buck Run
Reinholds PA  17569

Edward D Jones & Co
Walter L Labs Ira
PO Box 66533
St Louis MO  63166-6533

Frederick L Myers
Retirement Plan Sep Ira
320 Albemarle Grove
West Chester PA  19380

Howard A Willis &
Genevieve D Willis
1753 Zephyr Glen Ct
West Chester PA  19389

C Barry Buckley
429 Homestead Drive
West Chester PA  19382

John Wellhausen &
Donna Wellhausen
408 Craig Court
Mt Prospect IL  60056

Joan L Kistler
301 Creek Crossing Lane
Chester Springs PA  19425

Jesse H Riebman &
Susan C Riebman
733 S Settlers Circle
Warrington PA  18976

Bruce A West &
Alexandra West
616 Reservoir Road
West Chester PA  19380

Frederick L Myers Sep/Ira
302 Albermarle Grove
West Chester PA  19380

Lewis R Frame Jr
Lewis R Frame III
PO Box 58
Suplee PA  19371


K5W LP
4812 Drexelbrook Drive
Drexel Hill PA  19026


Charles Schwab & Co
Peter J Stack Ira
100 West Lancaster Avenue
Wayne PA  19087


Joseph E Brion
922 Sconneltown Road
West Chester PA  19382


Harry R Tyler &
Agatha C Tyler
1516 Richard Drive
West Chester PA  19380


Fred B Goebert
615 Willowbrook Lane
West Chester PA  19382


Ivan Kaplan &
Lisa K Kaplan
111 West Market Street
West Chester PA  19382


Michael L Bartsch &
Sophia V Bartsch
1171 Harmony Hill Road
Downingtown PA  19335


Christopher J Knauer
400 Dutton Mill Road
Malvern PA  19355


Nancy H Knauer
1445 Johnnys Way
West Chester PA  19380


Michael J Stefonick
86 Crosswinds Dr.
Hilton Head Island SC 29926-2362

Robert M Williams
Robert M Williams 2002 Trust
Box 292
Brewster MA  02631


Charles C Piola Jr &
June W Piola
1511 Unionville-Wawaset Rd
West Chester PA  19382


Frank M Foster Jr
PO Box 2762
Lakeland FL  33806


Caroline S Lloyd &
James E Lloyd
45 Highfield Drive
Falmouth MA  02540


Steven J Kelly
Patricia Kelly
1000 Lambourne Road
West Chester PA  19382-8021


Buck Scott
408 McClenaghan Mill Road
Wynnewood PA  19096


Richard V Palm
PO Box 131
Cushing ME  04563


Clair M Raubenstine
1271 Byberry Road
Huntingdon Valley PA  19006


Lewis R Frame Jr
PO Box 58
Suplee PA  19371


Lynn V D Luft
700 Fairville Road
Box 217
Chadds Ford PA  19317


Levi Wingard &
Marcellene Wingard
524 Ferncastle Drive
Downingtown PA  19335

George N Benjamin III &
Margaret M Benjamin
George Margaret Benjamin
Joint Revoc Tr U/A Dtd Aug 8th 2005
11480 S Pine St
Olathe KS  66061


Edward H Margolis
1 Ithan Woods Lane
Villanova PA  19085


Butler Investment Assets Inc
1152 Mews Lane
West Chester PA  19382


Joseph E Brion &
Glenda K Brion
922 Sconneltown Road
West Chester PA  19382


Pershing LLC
FBO Jack Grossman Ira
191 Presidential Boulevard, Suite W-1
Bala Cynwyd PA  19004


James A Cochrane &
Sarah G Cochrane
651 Nantmeal Road
Glenmoore PA  19343


James J Forese
2630 Grey Oaks Drive N #15
Naples FL  34105


Timothy Cornwell
229 Old Forge Crossing
Devon PA  19333


Vito Delisi
3883 Vincent Dr.
Collegeville PA  19426


Investors Insurance Group
615 Willowbrook Lane
West Chester PA  19382-5578


Jeanne L Raubenstine
1271 Byberry Road
Huntingdon Valley PA  19006

L William Kay II
4812 Drexelbrook Drive
Drexel Hill PA  19026


Allison K O'Brien
812 Shadow Farm Road
West Chester PA  19380


MLPF&S
FPO Frederick E Schea Ira
312 Upper Stump Road
Chalfont PA  18914


Kimberly K Schneider
1713 Butternut Circle
West Chester PA  19382


Joseph C Spada &
Kathy D Spada
10 Woods Edge Rd
West Chester PA  19382


J Richard Leaman Jr
317 Boot Road
Malvern PA  19355


Robert G Flosdorf
PO Box 351
Skippack PA  19474


Kathleen A Schea
312 Upper Stump Road
Chalfont PA  18914


Samuel H Jones Jr
1176 U S Route 40
PO Box 169
Woodstown NJ  08098


John J Butler
1152 Mews Lane
West Chester PA  19382-2077


George E Agle
205 West Virginia Avenue
West Chester PA  19280

Robert V D Luft &
Lynn V D Luft
700 Fairville Road
Box 217
Chadds Ford PA  19317


Eric M Goebert
321 Soundview Ave.
Stamford CT  06902-7118


Thomas B Murphy III
806 General Cornwallis Drive
West Chester PA  19382


Frederick E Schea
312 Upper Stump Road
Chalfont PA  18914


Donald F U Goebert
3382 Harbor Road South
Tequesta FL  33469


Leo D Parsons &
Maryanne Parsons
1206 Nottingham Lane
Chester Springs PA  19425


Lewis R Frame Jr &
Diane D Frame
PO Box 490
Honey Brook PA  19344


Rebecca Goebert
3382 Harbor Road South
Tequesta FL  33469


Gerald J Parsons &
Eleanor Parsons
47 Collins Mill Rd
Chester Springs PA  19425


Chester County Fund
615 Willowbrook Lane
West Chester PA  19382


Ruth A Frame
PO Box 490
1075 Suplee Road
Honey Brook PA  19344

Wilmington Trust Company as Trustee
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890-1600
Attention: Corporate Trust Administration

Stonebridge Bank
605 Willowbrook Lane
West Chester, PA  19382

Trishield Capital Management LLC
Robert L. Harteveldt, CEO
540 Madison Avenue
14th Floor
New York, NY 10022

Glen Farr, President
MOGO Capital Consulting, LLC
1812 Binnies Way
Buford, GA 30519

Federal Deposit Insurance Corporation
Mr. Richard Smus
350 Fifth Avenue
Suite 1200
New York, NY 10118

Federal Reserve Bank of Philadelphia
Mr. William J. Brown
Senior Enforcement Specialist
Ten Independence Mall
Philadelphia, PA 19106-1574

PA Department of Banking and Securities
Mr. Robert C. Lopez, Director
Bureau of Commercial Institutions
17 N. Second Street, Suite 1300
Harrisburg, PA 17101-2290

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946