IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    )
                                          ) Chapter 11
STONEBRIDGE FINANCIAL CORP.,              )
                                          ) Case no. 15-_____ (__)
        Debtor.                           )
                                          )

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name and Address of Holder of Security | Class of Security | Number of Shares | Kind of Interest |
|---|---|---|---|
| See attached list. | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joseph C. Petrone, Chief Financial Officer of Stonebridge Financial Corp., the debtor in this case, declare under penalty of perjury that I have read the foregoing list of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: June 18, 2015

_____
Joseph C. Petrone, Chief Financial Officer
Stonebridge Financial Corp.

81175676.1

| Registered Name and Address of Holder of Security | Class of Security | Number of Shares | Kind of Interest |
|---|---|---|---|
| **See attached list.** | | | |
| JOHN BUTLER<br>1152 MEWS LANE<br>WEST CHESTER, PA 19382 | Preferred | 655 | Stock |
| CHRIS CUSATIS<br>58 CHERRY AVENUE<br>TRAPPE, PA 19426 | Preferred | 158 | Stock |
| GERALD PARSONS<br>47 COLLINS MILL ROAD<br>CHESTER SPRINGS, P A 19425 | Preferred | 4717 | Stock |
| LEO PARSONS<br>1206 NOTTINGHAM LANE<br>CHESTER SPRINGS, PA 19425 | Preferred | 3668 | Stock |
| J. RICHARD LEAMAN<br>317 BOOT ROAD<br>MALVERN, PA 19355 | Preferred | 262 | Stock |
| DANIEL J. MACHON, JR.<br>174 WAGON WHEEL ROAD<br>NORRISTOWN, PA 19403 | Preferred | 63 | Stock |
| THOMAS MURPHY III<br>806 GENERAL CORNWALLIS DRIVE<br>WEST CHESTER, PA 19382 | Preferred | 577 | Stock |
| CLAIR RAUBENSTINE<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY, PA 19006 | Preferred | 603 | Stock |
| LEVI WINGARD<br>524 FERN CASTLE DRIVE<br>DOWNINGTOWN, PA 19335 | Preferred | 132 | Stock |
| TRISHIELD CAPITAL MANAGEMENT LLC<br>ROBERT L. HARTEVELDT, CEO<br>540 MADISON AVENUE<br>14TH FLOOR<br>NEW YORK, NY 10022 | Preferred | 687 | Stock |
| RICHARD D GROSS<br>172 AUGUSTA DR<br>HONEY BROOK PA 19344 | Common | 12 | Stock |
| THOMAS H GROSS<br>1821 PERTH AMBOY AVE<br>WHITING NJ 08759 | Common | 12 | Stock |
| THOMAS H GROSS &<br>BARBARA E CHESKI<br>1821 PERTH AMBOY AVE<br>WHITING NJ 08759 | Common | 16 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| WILLIAM J PIZZICHIL<br>31 MEREDITH DR<br>ELVERSON PA  19520 | Common | 50 | Stock |
| KRISTI RUSSELL<br>302 VILLAGE WALK<br>EXTON PA  19341 | Common | 50 | Stock |
| LORETTA C TAYLOR<br>322 MARSHALL STREET #3<br>KENNETT SQUARE PA  19348 | Common | 62 | Stock |
| LINDA L HARSH<br>1021 VILLAGE ROAD<br>LANCASTER PA  17602 | Common | 100 | Stock |
| DENISE M HETZEL<br>1005 FLAGG LANE<br>WEST CHESTER PA  19382 | Common | 100 | Stock |
| JEANNE L RAUBENSTINE CUST<br>ALEXA M KENNEDY<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 100 | Stock |
| JEANNE L RAUBENSTINE CUST<br>NICKOLAS C KENNEDY<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 100 | Stock |
| MARY KENNEY &<br>DONALD KENNEY<br>107 WYNNEWOOD DRIVE<br>COATESVILLE PA  19320 | Common | 100 | Stock |
| WILLIAM R LINSAO<br>3449 HARRINGTON DRIVE<br>ELLICOTT CITY MD  21042 | Common | 100 | Stock |
| JEANNE L RAUBENSTINE CUST<br>PATRICK S RAUBENSTINE<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 100 | Stock |
| JEANNE L RAUBENSTINE CUST<br>PAYTON N RAUBENSTINE<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 100 | Stock |
| VIRGINIA RICHARDSON<br>124 LAMBETH COURT<br>DOWNINGTOWN PA  19335 | Common | 100 | Stock |
| WILLIAM J SPRECHER &<br>DEIDRE M SPRECHER<br>PO BOX 16<br>101 OAK LEAF COURT<br>BOWMANSVILLE PA  17507 | Common | 100 | Stock |

81175676.1

| Name/Address | Class | Shares | Type |
|---|---|---|---|
| KATHI E HOLAHAN<br>1355 ST LAWRENCE DR<br>PALM BEACH GARDEN FL 33401 | Common | 125 | Stock |
| JEFFREY L SHIRK &<br>JULIE A SHIRK<br>773 GLENWOOD DRIVE<br>EPHRATA PA 17522 | Common | 150 | Stock |
| RICHARD D GROSS &<br>MURIEL B GROSS<br>172 AUGUSTA DR<br>HONEY BROOK PA 19344 | Common | 158 | Stock |
| M TIMOTHY BENDER &<br>WILMA F BENDER<br>72 HIESTER AVE<br>NEW HOLLAND PA 17557 | Common | 200 | Stock |
| M LEWIS GABLE &<br>PATRICIA A GABLE<br>101 CENTER AVENUE<br>MORGANTOWN PA 19543 | Common | 200 | Stock |
| LARRY E HARSH &<br>LINDA L HARSH<br>1021 VILLAGE ROAD<br>LANCASTER PA 17602 | Common | 200 | Stock |
| JAMES K OVERSTREET<br>1330 CHARLESTOWN ROAD<br>PHOENIXVILLE PA 19460 | Common | 200 | Stock |
| JAMES OVERSTREET CUST<br>JAMES K OVERSTREET II<br>1330 CHARLESTOWN ROAD<br>PHOENIXVILLE PA 19460 | Common | 250 | Stock |
| ROBERT D SMILEY III<br>139 SHARPLESS STREET<br>WEST CHESTER PA 19382 | Common | 250 | Stock |
| JAMES B SPEERS &<br>JOANNE O SPEERS<br>104 VINCENT DR<br>HONEY BROOK PA 19344 | Common | 250 | Stock |
| MARGARET M UHLMAN<br>13 WHIPPLE FARM LANE<br>FALMOUTH ME 04105 | Common | 250 | Stock |
| ELIZABETH P GROUT &<br>PHILLIPP D GROUT<br>980 WING SONG ROAD<br>WEST CHESTER PA 19382 | Common | 300 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| BRIAN G NOON & SHARON R NOON 4728 HOMEVILLE ROAD COCHRANVILLE PA  19330 | Common | 350 | Stock |
| WILLIAM E SPRECHER & GRACE A SPRECHER 136 CEDAR ST PO BOX 19 BOWMANSVILLE PA  17507 | Common | 450 | Stock |
| DOWNINGTOWN NATIONAL BANK CUST DAVID D DORSETT IRA 410 EXTON SQUARE PKWY EXTON PA  19341 | Common | 500 | Stock |
| KENDRA W EBY 350 MOHNS HILL ROAD REINHOLDS PA  17569 | Common | 500 | Stock |
| CECIL R MILLER JR & VIVIAN C MILLER 5354 HOMEVILLE ROAD OXFORD PA  19363 | Common | 500 | Stock |
| MARLENE F RICE 24 SADSBURY AVE CHRISTIANA PA  17509 | Common | 616 | Stock |
| CHARLES SCHWAB & CO INC CUST JAMES G PORTER JR IRA ATTN SECURITIES OPERATIONS 2423 E LINCOLN DR PHOENIX AZ  85016 | Common | 625 | Stock |
| CHARLES A DOBSON & VIRGINIA A DOBSON 20 KRISTIN DRIVE COATESVILLE PA  19320 | Common | 625 | Stock |
| MICHAEL P JAMES & MICHELE B JAMES 105 LEWISVILLE CT PHOENIXVILLE PA  19460 | Common | 625 | Stock |
| DIANE D FRAME CUST WHITNEY WEINLEIN 938 BROWER RD RADNOR PA  19087 | Common | 625 | Stock |
| MARJORIE L GROSS 168 ROSETREE LN EXTON PA  19341 | Common | 725 | Stock |
| DOUGLAS A SINGO 133 WEST MULBERRY ST KENNETT SQUARE PA  19348 | Common | 921 | Stock |

81175676.1

| Name/Address | Class | Shares | Type |
|---|---|---|---|
| THOMAS L MENNIE & PAMELA G MENNIE<br>15 MAUGER RD<br>ELVERSON PA 19520 | Common | 931 | Stock |
| GERALD J PARSONS<br>47 COLLINS MILL RD<br>CHESTER SPRINGS PA 19425 | Common | 1111 | Stock |
| JOHN J BUTLER III<br>647 FAWN LANE<br>KING OF PRUSSIA PA 19406 | Common | 1250 | Stock |
| JANE B DAGGETT<br>9 HUNT CLUB LANE<br>MALVERN PA 19355 | Common | 1250 | Stock |
| RUDOLPH FEDOR JR<br>69 WEST INDIAN LANE<br>NORRISTOWN PA 19403 | Common | 1250 | Stock |
| JAMES J LENNON<br>1545 BRIARWOOD LANE<br>POTTSTOWN PA 19464 | Common | 1250 | Stock |
| BEVERLY A LOGAN & THOMAS M LOGAN<br>675 MARYDELL LANE<br>WEST CHESTER PA 19380 | Common | 1250 | Stock |
| KATHLEEN M LOGAN & ANDREW S LOGAN<br>1245 HAMILTON DRIVE<br>WEST CHESTER PA 19380 | Common | 1250 | Stock |
| RICHARD C UHLMAN<br>13 WHIPPLE FARM LANE<br>FALMOUTH ME 04105 | Common | 1250 | Stock |
| STEVEN J REEVES & SUSAN H REEVES<br>2105 DEER PATH RD<br>NOTTINGHAM PA 19362 | Common | 1349 | Stock |
| MICHAEL R GROVE<br>391 CLEARFIELD ROAD<br>SHIPPENSBURG PA 17527 | Common | 1562 | Stock |
| GLENN L JOURDAN<br>222 INDIAN CREEK DRIVE<br>MECHANICSBURG PA 17055 | Common | 1562 | Stock |
| EQUITY TRUST CO CUST<br>FRED GOEBERT IRA<br>1 EQUITY WAY<br>WESTLAKE OH 44145-1050 | Common | 1667 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| FRANCIS A HALL INC<br>ROBERT B HALL PRESIDENT<br>PO BOX 5010<br>WEST CHESTER PA 19380 | Common | 1703 | Stock |
| SANDRA G KEGGINS<br>2043 RIVER DOWNS CT<br>FOREST HILL MD 21050 | Common | 1833 | Stock |
| CHARLES D KOCHKA<br>1843 WINDOVR WAY<br>WEST CHESTER PA 19382-6932 | Common | 1875 | Stock |
| NATIONAL FINANCIAL SERV LLC<br>NEWPORT OFFICE CENTER III<br>499 WASHINGTON BLVD 5TH FLOOR<br>JERSEY CITY NJ 07310 | Common | 1875 | Stock |
| JANET NITKA<br>101 NORTH HILLTOP DR<br>CHURCHVILLE PA 18966 | Common | 1896 | Stock |
| THOMAS R WILSON &<br>KEVIN J RYAN<br>220 GAY STREET<br>WEST CHESTER PA 19380 | Common | 1987 | Stock |
| CHARLES SCHWAB & CO INC CUST<br>DAVID G DORSETT IRA<br>PO BOX 52013<br>PHOENIX AZ 85072-2013 | Common | 2000 | Stock |
| ROBERT V D LUFT<br>PO BOX 217<br>700 FAIRVILLE ROAD<br>CHADDS FORD PA 19317 | Common | 2221 | Stock |
| MARY ANN M BATTY<br>JAMES D BATTY<br>400 BROOKWOOD DRIVE<br>DOWNINGTOWN PA 19335 | Common | 2262 | Stock |
| WEISS PECK&GREER CUSTODIA<br>FBO L WILLIAM KAY III IRA<br>909 THIRD AVE<br>NEW YORK NY 10022 | Common | 2350 | Stock |
| CHARLES SCHWAB & CO INC<br>CUST JAMES G PORTER IRA<br>PO BOX 52013<br>PHOENIX AZ 85072 | Common | 2500 | Stock |
| DONALD F U GOEBERT &<br>REBECCA GOEBERT<br>3382 HARBOR RD SOUTH<br>TEQUESTA FL 33469 | Common | 2500 | Stock |

81175676.1

| Name/Address | Class | Shares | Type |
|---|---|---|---|
| MARK S LELINSKI<br>1635 WHITLEY DR<br>HARRISBURG PA 17111 | Common | 2500 | Stock |
| V BLAKE MARSHALL<br>2410 DELANCEY PLACE<br>PHILADELPHIA PA 19103 | Common | 2500 | Stock |
| AMANDA S PIOLA<br>1511 UNIONVILLE WAWASET ROAD<br>WEST CHESTER PA 19382-6754 | Common | 2500 | Stock |
| CHARLES C PIOLA III<br>14 FRONT ST<br>EGG HARBOR TWP NJ 08234 | Common | 2500 | Stock |
| CHRISTOPHER WEYH PIOLA<br>1511 UNIONVILLE-WAWASET RD<br>WEST CHESTER PA 19382-6754 | Common | 2500 | Stock |
| SARAH L PIOLA<br>339 BARN HILL RD<br>WEST CHESTER PA 19382 | Common | 2500 | Stock |
| PAUL N SCHREGEL<br>19 SCHOOL LANE<br>MEDIA PA 19063 | Common | 2500 | Stock |
| STEVEN M SEIDE<br>7 DOWNING CIRCLE<br>DOWNINGTOWN PA 19335 | Common | 2500 | Stock |
| CHARLES SCHWERTNER<br>207 TINKER DR<br>CHESTER SPRINGS PA 19425 | Common | 2603 | Stock |
| GEORGE H BANKS III &<br>BARBARA B BANKS<br>15 ABELIA LANE<br>NEWARK DE 19711-3414 | Common | 2658 | Stock |
| VINCENT T ROSATO JR &<br>JOAN P ROSATO<br>32 PENNROSE TALLEY<br>BOOTHWYN PA 19061 | Common | 2750 | Stock |
| RICHARD M PARSONS<br>1303 HILLCREST ROAD<br>WEST CHESTER PA 19380 | Common | 2840 | Stock |
| GEORGE A RAPP &<br>TERRI RAPP<br>2609 RADCLIFFE RD<br>BROOMALL PA 19008-2116 | Common | 2974 | Stock |
| JAY W CLEVELAND JR &<br>WILLIAM T KIRCHHOFF JR<br>1120 FOX CHAPEL RD<br>PITTSBURGH PA 15238 | Common | 3125 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| JANNEY MONTGOMERY SCOTT LLC CUST<br>HENDRIKA A CORNWELL IRA<br>1801 MARKET ST<br>PHILADELPHIA PA  19103 | Common | 3125 | Stock |
| SANDRA H KALEMJIAN<br>400 S CHURCH STREET<br>WEST CHESTER PA  19382 | Common | 3125 | Stock |
| KAREN NUGENT<br>46 COLLLINS MILL ROAD<br>CHESTER SPRINGS PA  19425 | Common | 3408 | Stock |
| RUSSELL W CARLOW &<br>CAROLINE W CARLOW<br>30 JACQUELINE CIRCLE<br>GLENMOORE PA  19343 | Common | 3750 | Stock |
| ANTHONY MORRIS &<br>ELIZABETH W MORRIS<br>700 NORTH WALNUT STREET<br>WEST CHESTER PA  19380-2352 | Common | 3750 | Stock |
| GREGORY K GOEBERT<br>317 N LAWRENCE ST<br>PHILADELPHIA PA  19106 | Common | 3935 | Stock |
| LEWIS R FRAME JR CUST<br>LEWIS R FRAME III<br>PO BOX 58<br>SUPLEE PA  19371 | Common | 3958 | Stock |
| RONALD C NAGLE &<br>ANN G NAGLE<br>501 W PLEASANT GROVE ROAD<br>WEST CHESTER PA  19382 | Common | 4125 | Stock |
| ROBERT B HALL<br>PO BOX 5010<br>WEST CHESTER PA  19380 | Common | 4687 | Stock |
| WILLIAM L WHITE III<br>120 PEQUEA AVENUE<br>PO BOX 279<br>HONEY BROOK PA  19344 | Common | 4700 | Stock |
| JAMES G READING<br>365 VALLEY PARK ROAD<br>PHOENIXVILLE PA  19406-2785 | Common | 4879 | Stock |
| G JOSEPH BENDINELLI JR<br>1030 LITTLE RIDGE DRIVE<br>WEST CHESTER PA  19382 | Common | 5000 | Stock |
| RONALD L BURNHEIMER<br>1634 CRICKET TERRACE<br>NORRISTOWN PA  19403 | Common | 5000 | Stock |

81175676.1

| Name/Address | Class | Shares | Type |
|---|---|---|---|
| RICHARD W CAMPBELL & JEANNINE C CAMPBELL<br>12 BUCK RUN<br>REINHOLDS PA  17569 | Common | 5000 | Stock |
| EDWARD D JONES & CO CUST<br>WALTER L LABS IRA<br>PO BOX 66533<br>ST LOUIS MO  63166-6533 | Common | 5000 | Stock |
| FREDERICK L MYERS<br>RETIREMENT PLAN SEP IRA<br>320 ALBEMARLE GROVE<br>WEST CHESTER PA  19380 | Common | 5000 | Stock |
| HOWARD A WILLIS & GENEVIEVE D WILLIS<br>1753 ZEPHYR GLEN CT<br>WEST CHESTER PA  19389 | Common | 5113 | Stock |
| C BARRY BUCKLEY<br>429 HOMESTEAD DRIVE<br>WEST CHESTER PA  19382 | Common | 5375 | Stock |
| JOHN WELLHAUSEN & DONNA WELLHAUSEN<br>408 CRAIG COURT<br>MT PROSPECT IL  60056 | Common | 5500 | Stock |
| JOAN L KISTLER<br>301 CREEK CROSSING LANE<br>CHESTER SPRINGS PA  19425 | Common | 6250 | Stock |
| JESSE H RIEBMAN & SUSAN C RIEBMAN<br>733 S SETTLERS CIRCLE<br>WARRINGTON PA  18976 | Common | 6250 | Stock |
| BRUCE A WEST & ALEXANDRA WEST<br>616 RESERVOIR ROAD<br>WEST CHESTER PA  19380 | Common | 6250 | Stock |
| FREDERICK L MYERS SEP/IRA<br>302 ALBERMARLE GROVE<br>WEST CHESTER PA  19380 | Common | 6363 | Stock |
| LEWIS R FRAME JR TR<br>LEWIS R FRAME III<br>PO BOX 58<br>SUPLEE PA  19371 | Common | 7073 | Stock |
| K5W LP<br>4812 DREXELBROOK DRIVE<br>DREXEL HILL PA  19026 | Common | 7500 | Stock |

| | | | |
|---|---|---|---|
| CHARLES SCHWAB & CO CUST<br>PETER J STACK IRA<br>100 WEST LANCASTER AVENUE<br>WAYNE PA  19087 | Common | 7500 | Stock |
| JOSEPH E BRION<br>922 SCONNELTOWN ROAD<br>WEST CHESTER PA  19382 | Common | 7812 | Stock |
| HARRY R TYLER &<br>AGATHA C TYLER<br>1516 RICHARD DRIVE<br>WEST CHESTER PA  19380 | Common | 8795 | Stock |
| FRED B GOEBERT<br>615 WILLOWBROOK LANE<br>WEST CHESTER PA  19382 | Common | 8831 | Stock |
| IVAN KAPLAN &<br>LISA K KAPLAN<br>111 WEST MARKET STREET<br>WEST CHESTER PA  19382 | Common | 9375 | Stock |
| MICHAEL L BARTSCH &<br>SOPHIA V BARTSCH<br>1171 HARMONY HILL ROAD<br>DOWINGTOWN PA  19335 | Common | 11362 | Stock |
| CHRISTOPHER J KNAUER<br>400 DUTTON MILL ROAD<br>MALVERN PA  19355 | Common | 11363 | Stock |
| NANCY H KNAUER<br>1445 JOHNNYS WAY<br>WEST CHESTER PA  19380 | Common | 11363 | Stock |
| MICHAEL J STEFONICK<br>86 CROSSWINDS DR<br>HILTON HEAD ISLAND SC<br>29926-2362 | Common | 11363 | Stock |
| ROBERT M WILLIAMS TR<br>ROBERT M WILLIAMS 2002 TRUST<br>BOX 292<br>BREWSTER MA  02631 | Common | 11363 | Stock |
| CHARLES C PIOLA JR &<br>JUNE W PIOLA<br>1511 UNIONVILLE-WAWASET RD<br>WEST CHESTER PA  19382 | Common | 12500 | Stock |
| FRANK M FOSTER JR<br>PO BOX 2762<br>LAKELAND FL  33806 | Common | 15000 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| CAROLINE S LLOYD & JAMES E LLOYD<br>45 HIGHFIELD DRIVE<br>FALMOUTH MA  02540 | Common | 15000 | Stock |
| STEVEN J KELLY<br>PATRICIA KELLY<br>1000 LAMBOURNE ROAD<br>WEST CHESTER PA  19382-8021 | Common | 15625 | Stock |
| BUCK SCOTT<br>408 MCCLENAGHAN MILL ROAD<br>WYNNEWOOD PA  19096 | Common | 15876 | Stock |
| RICHARD V PALM<br>PO BOX 131<br>CUSHING ME  04563 | Common | 16773 | Stock |
| CLAIR M RAUBENSTINE<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 16912 | Stock |
| LEWIS R FRAME JR<br>PO BOX 58<br>SUPLEE PA  19371 | Common | 18054 | Stock |
| LYNN V D LUFT<br>700 FAIRVILLE ROAD<br>BOX 217<br>CHADDS FORD PA  19317 | Common | 18125 | Stock |
| LEVI WINGARD &<br>MARCELLENE WINGARD<br>524 FERNCASTLE DRIVE<br>DOWINGTOWN PA  19335 | Common | 18923 | Stock |
| GEORGE N BENJAMIN III &<br>MARGARET M BENJAMIN   CO TTEES<br>GEORGE MARGARET BENJAMIN<br>JOINT REVOC TR U/A DTD AUG 8TH 2005<br>11480 S PINE ST<br>OLATHE KS  66061 | Common | 19013 | Stock |
| EDWARD H MARGOLIS<br>1 ITHAN WOODS LANE<br>VILLANOVA PA  19085 | Common | 19978 | Stock |
| BUTLER INVESTMENT ASSETS INC<br>1152 MEWS LANE<br>WEST CHESTER PA  19382 | Common | 22870 | Stock |
| JOSEPH E BRION &<br>GLENDA K BRION<br>922 SCONNELTOWN ROAD<br>WEST CHESTER PA  19382 | Common | 23522 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| PERSHING LLC<br>FBO JACK GROSSMAN IRA<br>191 PRESIDENTIAL BOULEVARD<br>SUITE W-1<br>BALA CYNWYD PA  19004 | Common | 23530 | Stock |
| JAMES A COCHRANE &<br>SARAH G COCHRANE<br>651 NANTMEAL ROAD<br>GLENMOORE PA  19343 | Common | 25000 | Stock |
| JAMES J FORESE<br>2630 GREY OAKS DRIVE N #15<br>NAPLES FL  34105 | Common | 25000 | Stock |
| TIMOTHY CORNWELL<br>229 OLD FORGE CROSSING<br>DEVON PA  19333 | Common | 25099 | Stock |
| VITO DELISI<br>3883 VINCENT DR<br>COLLEGEVILLE PA  19426 | Common | 25110 | Stock |
| INVESTORS INSURANCE GROUP<br>615 WILLOWBROOK LANE<br>WEST CHESTER PA  19382-5578 | Common | 26725 | Stock |
| JEANNE L RAUBENSTINE<br>1271 BYBERRY ROAD<br>HUNTINGDON VALLEY PA  19006 | Common | 27863 | Stock |
| L WILLIAM KAY II<br>4812 DREXELBROOK DRIVE<br>DREXEL HILL PA  19026 | Common | 28921 | Stock |
| ALLISON K O'BRIEN<br>812 SHADOW FARM ROAD<br>WEST CHESTER PA  19380 | Common | 31250 | Stock |
| MLPF&S CUSTODIAN<br>FPO FREDERICK E SCHEA IRA<br>312 UPPER STUMP ROAD<br>CHALFONT PA  18914 | Common | 31250 | Stock |
| KIMBERLY K SCHNEIDER<br>1713 BUTTERNUT CIRCLE<br>WEST CHESTER PA  19382 | Common | 31250 | Stock |
| JOSEPH C SPADA &<br>KATHY D SPADA<br>10 WOODS EDGE RD<br>WEST CHESTER PA  19382 | Common | 31638 | Stock |
| J RICHARD LEAMAN JR<br>317 BOOT ROAD<br>MALVERN PA  19355 | Common | 36455 | Stock |

| Name and Address | Class | Shares | Type |
|---|---|---|---|
| ROBERT G FLOSDORF<br>PO BOX 351<br>SKIPPACK PA  19474 | Common | 37018 | Stock |
| KATHLEEN A SCHEA<br>312 UPPER STUMP ROAD<br>CHALFONT PA  18914 | Common | 37500 | Stock |
| SAMUEL H JONES JR<br>1176 U S ROUTE 40<br>PO BOX 169<br>WOODSTOWN NJ  08098 | Common | 41597 | Stock |
| JOHN J BUTLER<br>1152 MEWS LANE<br>WEST CHESTER PA  19382-2077 | Common | 41990 | Stock |
| GEORGE E AGLE<br>205 WEST VIRGINIA AVENUE<br>WEST CHESTER PA  19280 | Common | 44792 | Stock |
| ROBERT V D LUFT &<br>LYNN V D LUFT<br>700 FAIRVILLE ROAD<br>BOX 217<br>CHADDS FORD PA  19317 | Common | 50417 | Stock |
| ERIC M GOEBERT<br>321 SOUNDVIEW AVE<br>STAMFORD CT  06902-7118 | Common | 69375 | Stock |
| THOMAS B MURPHY III<br>806 GENERAL CORNWALLIS DRIVE<br>WEST CHESTER PA  19382 | Common | 82859 | Stock |
| FREDERICK E SCHEA<br>312 UPPER STUMP ROAD<br>CHALFONT PA  18914 | Common | 87250 | Stock |
| DONALD F U GOEBERT<br>3382 HARBOR ROAD SOUTH<br>TEQUESTA FL  33469 | Common | 112794 | Stock |
| LEO D PARSONS &<br>MARYANNE PARSONS<br>1206 NOTTINGHAM LANE<br>CHESTER SPRINGS PA  19425 | Common | 126039 | Stock |
| LEWIS R FRAME JR &<br>DIANE D FRAME<br>PO BOX 490<br>HONEY BROOK PA  19344 | Common | 141667 | Stock |
| REBECCA GOEBERT<br>3382 HARBOR ROAD SOUTH<br>TEQUESTA FL  33469 | Common | 260112 | Stock |

81175676.1

| | | | |
|---|---|---|---|
| GERALD J PARSONS & ELEANOR PARSONS<br>47 COLLINS MILL RD<br>CHESTER SPRINGS PA  19425 | Common | 285675 | Stock |
| CHESTER COUNTY FUND<br>615 WILLOWBROOK LANE<br>WEST CHESTER PA  19382 | Common | 313282 | Stock |
| RUTH A FRAME<br>PO BOX 490<br>1075 SUPLEE ROAD<br>HONEY BROOK PA  19344 | Common | 536014 | Stock |

81175676.1