**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| STONEBRIDGE FINANCIAL CORP., | ) |
| | ) Case no. 15-_____(___) |
| Debtor. | ) |
| | ) |

**CONSOLIDATED LIST OF CREDITORS HOLDING**
**THE 30 LARGEST UNSECURED CLAIMS**

     Stonebridge Financial Corp., debtor and debtor-in-possession herein (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§101-1532. The following is the consolidated list of the Debtor's creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtor's books and records as of approximately June 18, 2015. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The Consolidated List does not include (I) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

Date: June 18, 2015
                                          */s/ Andrew C. Kassner*
                                          Andrew C. Kassner
                                          Joseph N. Argentina, Jr.
                                          Drinker Biddle & Reath LLP
                                          One Logan Square, Ste. 2000
                                          Philadelphia, PA 19103
                                          (215)988-2700 *Telephone*
                                          (215)988-2757 *Facsimile*

                                          *Proposed Counsel to the Debtor*

81174251.1

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | (5) Amount of claim (if secured also value of security) |
|---|---|---|---|---|
| Wilmington Trust Company as Trustee Rodney Square North 1100 North Market Street Wilmington, Delaware 19890-1600, Attention: Corporate Trust Administration | | Trust Preferred Securities Debt | | $11,200,000.00 |

81174251.1