*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 11

    Stonebridge Financial Corp.

        Debtor(s)  Bankruptcy No: 15−14353−elf

## *O R D E R*

**AND NOW,** this 19th day of June, 2015 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Attorney Disclosure Statement due 07/02/2015
    Schedule H due 07/02/2015

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

    By the Court

    Eric L. Frank
    Chief Judge , United States Bankruptcy Court

    9
    Form 130