## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| STONEBRIDGE FINANCIAL CORP., | ) |
| | ) Case No. 15-14353(ELF) |
| Debtor. | ) |
| | ) |

## DECLARATION OF KRISTIN K. GOING, ESQUIRE PURSUANT TO
## 28 USC 1746 AND LOCAL RULE 2090-1(C)

I, Kristin K. Going, hereby submit this declaration in support of the Motion for Admission of Kristin K. Going, Pro Hac Vice Pursuant to Local Rule of Bankruptcy Procedure 2090-1(c) (the "Motion").

1. The information contained in the Declaration is true and correct to the best of my knowledge and belief.

2. I am a partner in the law firm of Drinker Biddle & Reath LLP ("Drinker Biddle") and regularly practice in the area of financial restructuring, including issues involving bankruptcy.

3. I received my Juris Doctorate degree from Cleveland-Marshall College of Law in 1998.

4. I am a member in good standing of the bars of the State of Maryland, the District of Columbia, and the State of New York.

5. I regularly appear before the United States Bankruptcy Court for the District of Maryland and the United States Bankruptcy Court for the Southern District of New York.

6. I am not under suspension or disbarment by any Court.


7. I have or will familiarize myself with the Rules of this Court and am familiar with the Rules regulating the Pennsylvania Bar, and agree to adhere to those rules.

8. Drinker Biddle maintains malpractice insurance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2015

_____
Kristin K. Going

81199833.1