# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STONEBRIDGE FINANCIAL CORP., | : | |
| | : | |
| | : | Case No. 15-14353 (ELF) |
| | : | |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Gordon Denlinger, Norman Hahn and Anthony Hahn (collectively, "S&L Clients") hereby enter their appearance in this case, by and through their counsel, Stevens & Lee, P.C., pursuant to 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9010; and requests that all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served on:

> Robert Lapowsky, Esq.
> John C. Kilgannon, Esq.
> STEVENS & LEE, P.C.
> 1818 Market Street, 29th Floor
> Philadelphia, PA  19103
> Telephone:  (215) 751-2866, 1943
> Telecopier:  (610) 371-7958, 7943
> Email:  rl@stevenslee.com
> Email:  jck@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that:  (1) affects or seeks to affect in any way any

rights or interest of any creditor or party in interest in this case, including the S&L Clients, with respect to (a) Debtor or any successor to the Debtor, (b) property of the Debtor's estate, or proceeds thereof, in which Debtor or any successor to the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that Debtor or any successor to the Debtor may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by the S&L Clients.

**PLEASE TAKE FURTHER NOTICE** that the S&L Clients intend that neither this Notice nor any later appearance, pleading, claim or suit shall waive:  (1) any right to trial by jury in any proceeding; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

Dated:  November 10, 2015            STEVENS & LEE, P.C.

By: /s/ *John C. Kilgannon*
Robert Lapowsky, Esq.
John C. Kilgannon, Esq.
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103
Telephone:  (215) 751-2866, 1943
rl@stevenslee.com
jck@stevenslee.com

*Attorney for Gordon Denlinger, Norman Hahn and Anthony Hahn*

2